# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

## AT CLARKSBURG

**CDX GAS, LLC,**
a Delaware Limited Liability Company,

    **Plaintiff,**

v.            Civil Action No. 1:07CV127
             The Honorable Frederick P. Stamp, Jr.

**CFS FARMS, LLC,**
a West Virginia Limited Liability
Company and **CLARENCE S. FIBER,**
as Manager of CFS FARMS, LLC
and in his individual capacity,

    **Defendants.**

FILED
JAN 22 2008
U.S. DISTRICT COURT
WHEELING, WV 26003

## ORDER GRANTING SUBSTITUTION OF COUNSEL

THIS DAY CAME Plaintiff, CDX Gas, LLC, and moved this Honorable Court to permit it to substitute as its counsel in the above-captioned civil action, Brian R. Swiger and Jackson Kelly, PLLC for Ford Francis, Esq. and Francis, Nelson & Brison, PLLC and Anthony Allen Wilhoit, Esq. and WILHOIT & KAISER.

WHEREUPON, there being no objections thereto, and the Court perceiving of none, and for good cause shown, it is hereby ORDERED that Brian R. Swiger and Jackson Kelly, PLLC, be substituted as counsel of record for CDX Gas, LLC, in place of Ford Francis, Esq. and Francis, Nelson & Brison, PLLC and Anthony Allen Wilhoit, Esq. and WILHOIT & KAISER. It is FURTHER ORDERED and ADJUDGED that Ford Francis, Esq. and Francis, Nelson & Brison, PLLC and Anthony Allen Wilhoit, Esq. and WILHOIT & KAISER be relieved as counsel of record for CDX Gas, LLC in this action.

Entered: January 18, 2008.

                             /s/ Frederick P. Stamp, Jr.
                             UNITED STATES DISTRICT JUDGE

{C1302224.1}