IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

CDX GAS, LLC,

    Plaintiff,

v.                                         Civil Action No. 1:07CV127
                                              (STAMP)

CFS FARMS, LLC,
a West Virginia limited
liability company and
CLARENCE S. FIBER, as manager
of CFS Farms LLC and in
his individual capacity,

    Defendants.

**ORDER SETTING DEADLINE FOR PLAINTIFF TO FILE
RESPONSE TO DEFENDANTS' MOTION TO QUASH SUBPOENA**

On February 4, 2008, the defendants, CFS Farms, LLC ("CFS Farms"), and Clarence S. Fiber ("Fiber"), filed a motion to quash a subpoena, which was served on defendant Fiber on February 1, 2008. The plaintiff shall file a response, if any, to the defendants' motion to quash the subpoena by no later than **3:00 p.m. on February 5, 2008**.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:     February 4, 2008

                                           /s/ Frederick P. Stamp, Jr.
                                           FREDERICK P. STAMP, JR.
                                           UNITED STATES DISTRICT JUDGE